UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FARIS MATIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY, et al.,<br><br>                  Defendants. | Case No. 13-cv-01512<br><br><u>CLASS ACTION</u><br><br>Judge Robert W. Gettleman |

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DEADLINES
TO FILE AMENDED COMPLAINT AND RELATED DATES

914650_1

Plaintiff Faris Martin, with the agreement of defendants, respectfully request a further extension of the deadline to file his amended complaint and other related dates set forth in this Court's Minute Entry, dated January 23, 2014 (Dkt. No. 68). Accordingly, plaintiff requests an order from the Court setting the following deadlines: (1) plaintiff shall file his amended complaint on or before March 12, 2014; (2) defendants shall respond thereto on or before April 25, 2014; and (3) the parties shall meet and confer as required by Rule 26(f) of the Federal Rules of Civil Procedure and file a joint status report using the Court's form on or before May 2, 2014, and thereafter appear for a status hearing at the Court's convenience.

DATED: February 7, 2014

ROBBINS GELLER RUDMAN
  && DOWD LLP
RACHEL L. JENSEN
PHONG L. TRAN


    s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  && DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com

ROBBINS GELLER RUDMAN
  && DOWD LLP
AMANDA M. FRAME
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

- 1 -

914650_1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2014.

          s/ Rachel L. Jensen
          RACHEL L. JENSEN

          ROBBINS GELLER RUDMAN
            & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA 92101-3301
          Telephone: 619/231-1058
          619/231-7423 (fax)

          E-mail:rachelj@rgrdlaw.com

914650_1

# Mailing Information for a Case 1:13-cv-01512 Matin v. Nestle Purina Petcare Company et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miranda L Berge**
  miranda.berge@hoganlovells.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Richard George Douglass**
  rdouglass@novackandmacey.com,ntendy@novackandmacey.com

- **Mark Craig Goodman**
  mark.goodman@hoganlovells.com

- **E. Desmond Hogan**
  desmond.hogan@hoganlovells.com

- **Craig A. Hoover**
  craig.hoover@hoganlovells.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com,E_File_SD@rgrdlaw.com,mbacci@rgrdlaw.com

- **Stephen Novack**
  sn@novackandmacey.com,kathyz@novackandmacey.com

- **Mark S. Reich**
  mreich@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong Tran**
  ptran@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Amanda              M Frame
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
```