UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FARIS MATIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     vs.<br><br>NESTLE PURINA PETCARE COMPANY, et al.,<br><br>                         Defendants. | Case No. 13-cv-01512<br><br><u>CLASS ACTION</u><br><br>Judge Robert W. Gettleman |

NOTICE OF PRESENTMENT OF MOTION

914648_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 13, 2014, at 9:15 a.m., we shall appear before the Honorable Robert Gettleman (or another Judge sitting in his stead) in Room 1703 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there present plaintiff's Agreed Motion for Extension of Deadlines to File Amended Complaint and Related Dates, a copy of which has been served upon you.

DATED: February 7, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
PHONG L. TRAN

    s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
AMANDA M. FRAME
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2014.

   s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:rachelj@rgrdlaw.com

914648_1

# Mailing Information for a Case 1:13-cv-01512 Matin v. Nestle Purina Petcare Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miranda L Berge**
  miranda.berge@hoganlovells.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Richard George Douglass**
  rdouglass@novackandmacey.com,ntendy@novackandmacey.com

- **Mark Craig Goodman**
  mark.goodman@hoganlovells.com

- **E. Desmond Hogan**
  desmond.hogan@hoganlovells.com

- **Craig A. Hoover**
  craig.hoover@hoganlovells.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com,E_File_SD@rgrdlaw.com,mbacci@rgrdlaw.com

- **Stephen Novack**
  sn@novackandmacey.com,kathyz@novackandmacey.com

- **Mark S. Reich**
  mreich@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Phong Tran**
  ptran@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Amanda              M Frame
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
```